UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WILLIAM H. WILKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| and NICHOLE GOFF | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES FOR PERSONAL INJURY

### NATURE OF THE ACTION

1. This is a tort action brought pursuant to the Federal Tort Claims Act against Defendants United States of America and Nichole Goff, arising from personal injuries sustained in a motor vehicle collision.

### JURISDICTION AND VENUE

2. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C.1346(b)(1) as this action arises under the Federal Tort Claims Act, U.S.C. Title 28, Chapter 171.

3. Venue is proper in this District pursuant to 28 U.S.C. 1402 (b), as the Plaintiff resides in this District at 229 Corwin Lane, Fort Wayne, Indiana and the events or omissions giving rise to the claim occurred in this

judicial district in the alley between South Barr Street and South Clinton Street in Fort Wayne, Indiana.

## COMPLIANCE WITH APPLICABLE NOTICE PROVISIONS

4.  On January 12, 2022, Plaintiff's counsel, pursuant to 28 U.S.C. 2675 and 28 U.S.C. 2401(b), submitted an administrative claim, Standard Form 95, to the appropriate federal agency, the United States Postal Service. *See copy of said administrative claim form attached hereto as Exhibit 1.*

5.  To date, Plaintiff nor his counsel has received a response to said administrative claim; therefore, Plaintiff is permitted to proceed with this litigation as it is timely filed pursuant to 28 U.S.C. 2401(b) and 28 U.S.C. 2675(a).

## STATEMENT OF CLAIM

6.  On January 15, 2021, Plaintiff, William H. Wilkins, suffered serious injuries as a result of a motor vehicle collision. The collision occurred at approximately 1:09 p.m. in the alley between South Clinton Street and South Barr Street in Fort Wayne, Allen County, Indiana.

7.  William H. Wilkins was driving a vehicle east in the alley between South Clinton Street and South Barr Street after turning from South Clinton Street.

8. Defendant, Nichole Goff, an agent and/or employee of the United States Postal Service, was operating a vehicle facing east in the alley between South Clinton Street and South Barr Street and drove her vehicle in reverse into the front end of Plaintiff's vehicle.

9. Defendant Nichole Goff and Defendant United States of America, by and through the United States Postal Service and its agents and/or employees, breached their duty of care to the Plaintiff by failing to maintain a reasonable and proper lookout while driving, failing to maintain control of the vehicle, and improper backing.

10. The negligent acts and omissions by Defendants directly and proximately caused William H. Wilkins' physical injuries, damages, and ongoing pain and suffering.

11. As a proximate result of the negligent acts and omissions by Defendants, Plaintiff, William H. Wilkins, has suffered economic losses, including but not limited to, hospital expenses, medical expenses, property damage to his vehicle, and other related costs and expenses.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, William H. Wilkins, prays for judgment against Defendants and respectfully requests compensatory damages to reasonably compensate him for the injuries and damages sustained in the

amount presented in the Standard From 95, for the costs of this action, attorney fees, and for all other just and proper relief in the premises.

## CERTIFICATION

I certify that to the best of my knowledge, information, and belief, that this complaint is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; that this complaint is warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; that the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and that the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

Dated this \_\_\_5th\_\_\_ day of \_\_\_January\_\_\_, 2022.

_____
Chad Romey (28326-02)
Blackburn Romey
4203 West Jefferson Blvd.
Fort Wayne, Indiana 46804
Telephone Number:   (260) 422-4400
Facsimile Number:   (260) 436-4404
cromey@blackburnromey.com
Attorney for Plaintiff
William H. Wilkins