UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WILLIAM H. WILKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No.: 1:23-cv-00011 |
| NICHOLE GOFF and UNITED STATES OF AMERICA, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE

The Plaintiff, William H. Wilkins, by his respective counsel, stipulates and agrees that the above-entitled cause may be dismissed without prejudice, costs paid, as the matter has been fully compromised and settled.

Respectfully submitted,

*/s/ Chad Romey*
Chad Romey, Esquire (Attorney #28326-02)
BLACKBURN ROMEY
4203 West Jefferson Blvd.
Fort Wayne, Indiana 46804
*Attorney for Plaintiff*

Page 1 of 1